# ACORD™ EVIDENCE OF COMMERCIAL PROPERTY INSURANCE

WEWOR

**DATE (MM/DD/YYYY):** 10/23/2020

THIS EVIDENCE OF COMMERCIAL PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

**PRODUCER NAME, CONTACT PERSON AND ADDRESS**
Rampart Brokerage Corp.
1983 Marcus Avenue, Suite C130
Lake Success, NY 11042

**PHONE (A/C, No, Ext):** 516-538-7000
**FAX (A/C, No):** 516-390-3555
**E-MAIL ADDRESS:**

**CODE:**   **SUB CODE:**
**AGENCY CUSTOMER ID #:** 52966

**COMPANY NAME AND ADDRESS**
Sompo America Insurance Company
**NAIC NO:** 11126

IF MULTIPLE COMPANIES, COMPLETE SEPARATE FORM FOR EACH

**POLICY TYPE**
All Risks including Builder's Risk

**NAMED INSURED AND ADDRESS**
117 NE 1st Ave Tenant LLC;
WeWork Inc. & WeWork Companies LLC
115 West 18th Street
New York, NY 10011

**LOAN NUMBER:** 301880104
**POLICY NUMBER:** FTMS1037L0
**EFFECTIVE DATE:** 11/01/2020
**EXPIRATION DATE:** 11/01/2021
**CONTINUED UNTIL TERMINATED IF CHECKED:** ☐

**ADDITIONAL NAMED INSURED(S)**
Security Building AR Owner LLC

**THIS REPLACES PRIOR EVIDENCE DATED:**

**PROPERTY INFORMATION** (ACORD 101 may be attached if more space is required)    [X] BUILDING OR    [X] BUSINESS PERSONAL PROPERTY

**LOCATION/DESCRIPTION**
117 NE 1st Avenue
Miami, FL 33132

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

**COVERAGE INFORMATION**   PERILS INSURED   ☐ BASIC   ☐ BROAD   [X] SPECIAL

COMMERCIAL PROPERTY COVERAGE AMOUNT OF INSURANCE: $ 300,000,000    All Risks - Per Occurrence    DED: $10,000

| | YES | NO | N/A | | | |
|---|---|---|---|---|---|---|
| [X] BUSINESS INCOME   [X] RENTAL VALUE | X | | | If YES, LIMIT: **INCLUDED** | **YES** Actual Loss Sustained; # of months | 18 |
| BLANKET COVERAGE | X | | | If YES, indicate value(s) reported on property identified above: $ **$33,515,082** | | |
| TERRORISM COVERAGE | X | | | Attach Disclosure Notice / DEC | | |
|    IS THERE A TERRORISM-SPECIFIC EXCLUSION? | | X | | | | |
|    IS DOMESTIC TERRORISM EXCLUDED? | | X | | | | |
| LIMITED FUNGUS COVERAGE | X | | | If YES, LIMIT: **$2,500,000** | DED: **$10,000** | |
| FUNGUS EXCLUSION (IF "YES", specify organization's form used) | | X | | | | |
| REPLACEMENT COST | X | | | | | |
| AGREED VALUE | X | | | | | |
| COINSURANCE | | X | | If YES,       % | | |
| EQUIPMENT BREAKDOWN (If Applicable) | X | | | If YES, LIMIT: **$100,000,000** | DED: **$10,000** | |
| ORDINANCE OR LAW - Coverage for loss to undamaged portion of bldg | X | | | If YES, LIMIT: **INCLUDED** | DED: **$10,000** | |
|   - Demolition Costs | X | | | If YES, LIMIT: **$25,000,000** | DED: **$10,000** | |
|   - Incr. Cost of Construction | X | | | If YES, LIMIT: 25000000 | DED: **$10,000** | |
| EARTH MOVEMENT (If Applicable) | X | | | If YES, LIMIT: 100000000 | DED: **$50,000*** | |
| FLOOD (If Applicable) | X | | | If YES, LIMIT: 100000000 | DED: **$50,000*** | |
| WIND/HAIL INCL  [X] YES  ☐ NO  ☐ Subject to Different Provisions | X | | | If YES, LIMIT: **INCLUDED** | DED: **$10,000*** | |
| NAMED STORM INCL [X] YES  ☐ NO  ☐ Subject to Different Provisions | X | | | If YES, LIMIT: **$300,000,000** | DED: **$10,000*** | |
| PERMISSION TO WAIVE SUBROGATION IN FAVOR OF MORTGAGE HOLDER PRIOR TO LOSS | X | | | | | |

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**ADDITIONAL INTEREST**

☐ CONTRACT OF SALE   [X] LENDER'S LOSS PAYABLE   ☐ LOSS PAYEE
[X] MORTGAGEE

**NAME AND ADDRESS**
PILLAR FUNDING LLC
Its Successors & Assigns, ATIMA
c/o Wells Fargo Bank, NA as Servicer
D1118-02W, 1525 West WT Harris Blvd
Charlotte, NC 28262

**LENDER SERVICING AGENT NAME AND ADDRESS**

**AUTHORIZED REPRESENTATIVE**
*[signature]*

S 61018   Page 1 of 2   © 2003-2015 ACORD CORPORATION. All rights reserved.
ACORD 28 (2016/03)   The ACORD name and logo are registered marks of ACORD   ADM

**EVIDENCE OF COMMERCIAL PROPERTY INSURANCE REMARKS   - Including Special Conditions (Use only if more space is required)**

Building Value: $18,900,000
Tenant Improvements & Betterments: $13,606,480

Extended Period of Indemnity: 365 days

Certified Acts of Terrorism coverage included.

30 days notice of cancellation will be provided in accordance with the policy provisions, 10 days for non payment of premium.

All-Risk Property insurance inclusive of Tenant's Improvements & Betterments.

A Waiver of Subrogation applies in favor of the Certificate Holder as required by written contract or agreement.

** Additional Sublimits/Deductibles **
Course of Construction/Builder's Risk: $50,000,000
Earth Movement Limit in the State of California, Pacific Northwest, and New Madrid Seismic Zones Per Occurrence & Annual Aggregate: $25,000,000
Earth Movement Deductible in the State of California: 5%, minimum of $100,000
Earth Movement Deductible in Pacific Northwest and New Madrid Seismic Zones: 3%, minimum of $100,000
Flood Limit in Special Hazard Flood Areas Per Occurrence & Annual Aggregate: $25,000,000
Flood Deductible in Special Hazard Flood Areas  Per: $250,000
Wind Deductible - Tier 1 Wind Counties: 5%, minimum of $100,000