AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| Security Building Miami, LLC, Individually and as Assignee of Security Building AR Owner, LLC <br><br> *Plaintiff(s)* <br><br> v. <br><br> SOMPO America Insurance Company, a foregin corporation <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SOMPO American Insurance Company
c/o Florida CHief Financial Officer as Registered Agent
200 East Gaines Street,
Tallahassee, FL 32399-4201


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Linda E. Pisano, Esq, The Professional Law Group
4600 Sheridan Street, Suite 303, Hollywood, FL 33021
Tel: (954) 284-0900 Fax: (954) 284-0747
Email:lindaeservice@theprolawgroup.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
                                  *Signature of Clerk or Deputy Clerk*