UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-22407-CV-WILLIAMS

SECURITY BUILDING MIAMI,
LLC,

    Plaintiff,

v.

SOMPO AMERICA INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation (DE 35) ("***Report***") on the Motion to Dismiss filed by Defendant Sompo America Insurance Company ("***Defendant***") (DE 6) ("***Motion***"). In the Report, Judge Reid recommends that the Motion be denied. (DE 35 at 1.) Specifically, the Report finds that Plaintiff has alleged sufficient facts to support the claims for relief it seeks in this action. (DE 35 at 8, 10, 12.) No objections were filed to the Report, and the time to object has passed.

Accordingly, upon a careful review of the Report, the Motion, the record[1], and applicable law, it is **ORDERED AND ADJUDGED** that:

1.     Judge Reid's Report (DE 35) is **AFFIRMED AND ADOPTED**.
2.     Defendant's Motion to Dismiss (DE 6) is **DENIED**.

---

[1] The Court notes that Defendant filed an Answer on February 16, 2024. (DE 36).

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>20th</u> day of February, 2024.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE