**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO. 23-22407-CV-WILLIAMS**

SECURITY BUILDING MIAMI, LLC,

      Plaintiff,

v.

SOMPO AMERICA INSURANCE
COMPANY,

      Defendant.

_____/

## <u>ORDER</u>

      **THIS MATTER** is before the Court on Magistrate Judge Lisette M. Reid's Report and Recommendation (DE 95) ("***Report***") on the Parties' Cross-Motions for Summary Judgment (DE 48; DE 54) ("***Cross-Motions***"). In the Report, Judge Reid recommends that Plaintiff's Motion be denied, and Defendant's Motion be granted. (DE 95 at 1.) Both Parties filed notices of non-objection to the Report. (DE 103; DE 104.)

      Upon a careful review of the Report, the Cross-Motions, the record, and applicable law,  it is **ORDERED AND ADJUDGED** that:

    1.     Judge Reid's Report (DE 95) is **AFFIRMED AND ADOPTED**.

    2.     Plaintiff's Motion for Partial Summary Judgment (DE 48) is **DENIED**.

    3.     Defendant's Motion for Summary Judgment (DE 54) is **GRANTED**.

    4.     The Court will separately issue a final judgment.

    5.     This case is **CLOSED**.  All hearings and deadlines are **CANCELED**.  Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this 25th day of September, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE