UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-22407-CV-WILLIAMS

SECURITY BUILDING MIAMI, LLC,

    Plaintiff,

v.

SOMPO AMERICA INSURANCE
COMPANY,

    Defendant.

_____/

### FINAL JUDGMENT

**THIS MATTER** is before the Court on Plaintiff's Partial Motion for Summary Judgment (DE 48) and Defendant's Motion for Summary Judgment (DE 54). For the reasons set forth in Magistrate Judge Lisette M. Reid's Report and Recommendation (DE 95) and the Court's Order adopting Judge Reid's Report and Recommendation (DE 105), the Court enters **FINAL JUDGMENT**, pursuant to Rule 58 of the Federal Rules of Civil Procedure, in favor of Defendant and against Plaintiff.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this 25th day of September, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE