UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-22407-KMW

SECURITY BUILDING MIAMI, LLC,
Individually and as Assignee of Security
Building AR Owner, LLC,

     Plaintiff,

vs.

SOMPO AMERICA INSURANCE COMPANY,
A foreign corporation,

     Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, SECURITY BUILDING MIAMI, LLC, hereby files this Notice of Settlement to advise the Court that Plaintiff, SECURITY BUILDING MIAMI, LLC, and Defendant, SOMPO AMERICA INSURANCE COMPANY, have entered into a settlement agreement with respect to Defendant's, SOMPO AMERICA INSURANCE COMPANY, claim for attorney's fees and costs in this matter as well as any claim Defendant, SOMPO AMERICA INSURANCE COMPANY, may have related to the subject claim or litigation of this matter. Accordingly, each party shall bear their own respective attorney's fees and costs.

**CERTIFICATE OF SERVICE**

    **I hereby certify** that a true and correct copy of the foregoing was served by CM/ECF transmission to the Clerk of the Court and the attorneys registered with the Court's CM/ECF system on the attached service list this 25th day of September, 2024.

                                                                        */s/ Michael D. Kaplan*
                                                                        Michael D. Kaplan, Esq.
                                                                        Fla. Bar No. 149586
                                                                        Christina J. Hudson
                                                                        Fla. Bar No. 016633
                                                                        E-mail: mkaplan@thekaplanlawgroup.com
                                                                        E-mail: chudson@thekaplanlawgroup.com
                                                                        KAPLAN LAW GROUP, P.A.
                                                                        6041 Johnson Street
                                                                        Hollywood, FL 33024
                                                                        Telephone: (954) 985-0404
                                                                        Facsimile: (954) 985-0959
                                                                        Co-Counsel for Plaintiff

**SERVICE LIST**

Marc Ben-Ezra, Esq.
mben-ezra@theprolawgroup.com
The Professional Law Group, P.A.
4600 Sheridan Street, Suite 303
Hollywood, FL 33021
Counsel for Plaintiff, Security Building Miami, LLC

Christine M. Renella, Esq.
crenella@zellelaw.com
Zelle LLP
110 East Broward Blvd., Suite 2000
Ft. Lauderdale, FL 33301
Counsel for Defendant, SOMPO America Insurance Company

Nabila Rahim, Esq.
nrahim@zellelaw.com
Zelle LLP
1201 West Peachtree Street NW, Suite 610
Atlanta, GA 30309
Counsel for Defendant, SOMPO America Insurance Company

Geoff R. Hafer, Esq.
ghafer@zellelaw.com
Zelle LLP
1201 West Peachtree Street NW, Suite 610
Atlanta, GA 30309
Counsel for Defendant, SOMPO America Insurance Company

Jacarri M. Walker, Esq.
jwalker@zellelaw.com
Zelle LLP
One Southeast Third Ave., Suite 1600
Miami, FL 33131
Counsel for Defendant, SOMPO America Insurance Company

Jane E. Warring, Esq.
jwarring@zellelaw.com
Zelle LLP
1201 West Peachtree Street NW, Suite 610
Atlanta, GA 30309
Counsel for Defendant, SOMPO America Insurance Company

J. Bret Morace, Esq.
bmorace@zellelaw.com
Zelle LLP
110 E. Broward Blvd., Suite 2000
Ft. Lauderdale, FL 33131
Counsel for Defendant, SOMPO America Insurance Company